## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE OHIO LABORERS BENEFITS,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**BROCK INDUSTRIAL SERVICES, LLC,**<br><br>　　　　　Defendant. | Case No. 2:22-cv-3151<br><br>Judge James L. Graham<br><br>Magistrate Judge Kimberly A. Jolson |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between the parties, through their undersigned counsel of record, that the above-identified action be and hereby dismissed WITH PREJUDICE in its entirety. Each party shall bear its own attorneys' fees and costs.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| /s/Ryan K. Hymore | /s/Monica Sislak |
| Ryan K. Hymore (0080750) | Monica Sislak (101009) |
| Mangano Law Offices Co., LPA | Littler Mendelson, P.C. |
| 4030 Smith Road, Suite 200 | Key Tower, 127 Public Square, Suite 1600 |
| Cincinnati, OH 45209 | Cleveland, OH  44114 |
| Telephone:  (513) 255-5888 | Telephone:  (216) 696-7600 |
| Facsimile:   (216) 397-5845 | Facsimile:   (216) 696-2038 |
| rkhymore@bmanganolaw.com | msislak@littler.com |
| | |
| *Counsel for Plaintiff* | Kathryn Siegel (0084332) |
| | Littler Mendelson, P.C. |
| | 321 North Clark Street, Suite 1100 |
| | Chicago, IL  60654 |
| | Telephone:  (312) 372-5520 |
| | Facsimile:   (312) 372-7880 |
| | ksiegel@littler.com |
| | |
| | *Counsel for Defendant* |

2

**<u>CERTIFICATE OF SERVICE</u>**

      A copy of the foregoing was filed electronically this 30th day of September, 2022, using the Court's CM/ECF system. Notice of this filing will be sent to all participants by operation of the Court's electronic filing system. Parties may access this filing using the Court's system.

                                <u>*/s/Ryan K. Hymore*</u>
                                Ryan K. Hymore